**People of the State of Illinois, Plaintiff-Appellee, v. James Mason, Defendant-Appellant.**

**Gen. No. 51,155.**

First District, Second Division.

December 28, 1966.

Gerald W. Getty, Public Defender of Cook County, of Chicago (Frederick F. Cohn and James J. Doherty, Assistant Public Defenders, of counsel), for appellant; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and E. James Gildea, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE BURKE. Not to be published in full.